Robert A. Anderson, ISB No. 2124
Robby J. Perucca, ISB No. 7001
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:   (208) 344-5800
Facsimile:    (208) 344-5510
E-Mail:        randerson@ajhlaw.com
                   rperucca@ajhlaw.com
iCourt/e-File:  service@ajhlaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **MICHAEL TELFORD**, an individual; **TELFORD SUN VALLEY SEED**, assumed business name of Michael Telford and Shannon Telford; **TRIPLE T FARM**, assumed business name of Aaron Telford and Ryan Telford; **TRIPLE T FARMS PARTNERSHIP; TELFORD LANDS LLC; TELFORD AG LLC; MIKE TELFORD VENTURES LLP**, <br><br>                   Plaintiffs, <br>vs. <br><br>**WEST AMERICAN INSURANCE COMPANY**, an Indiana corporation; **LIBERTY MUTUAL GROUP, INC.**, a Massachusetts corporation, <br><br>                   Defendants. | Case No.  4:22-cv-00043-BLW <br><br> **STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

    **COME NOW** the above-entitled Defendants, **WEST AMERICAN INSURANCE COMPANY** and **LIBERTY MUTUAL GROUP, INC.** (the "Defendants"), by and through their

**STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** - 1

attorneys of record, Anderson, Julian & Hull, LLP, and hereby submit the following Statement of Undisputed Facts in Support of their Opposition to Plaintiffs' Motion for Summary Judgment:

1. Michael Telford, and other named insureds, including Telford Sun Valley Seed, Triple T Farms, Telford Lands LLC and Telford AG LLC, are insureds under a West American Insurance Company Commercial General Liability policy, Policy No. BKW (21) 60523830, with policy periods between March 20, 2020 to March 20, 2021. See Declaration of Plaintiffs' Counsel in Support of Plaintiffs' Motion for Summary Judgment, Exh. G.

2. Pursuant to the Corporate Disclosure Statement on file in this matter, West American Insurance Company is wholly owned by Liberty Mutual Group, which also wholly owns Liberty Mutual Insurance Company.

3. On or about September 15, 2021, counsel for Michael Telford sent correspondence to Liberty Mutual Insurance Company (the legal entity which was handling investigation, coverage, and/or adjustment of claims under the policy at issue), putting it on notice that Mr. Telford was claiming the entitlement to defense and indemnity coverage under his insurance policy associated with allegations filed against him in Minidoka County, Idaho, Case No. CV-34-21-00707, *Pasco Farming, Inc., v. Telford, et al* (hereinafter, "Pasco Farming Complaint.")  See Declaration of Plaintiffs' Counsel in Support of Plaintiffs' Motion for Summary Judgment, Exh. E.

4. On or about November 4, 2021, Liberty Mutual Insurance sent correspondence to Mr. Telford setting forth its analysis of coverage in connection with the Pasco Farming Complaint and, ultimately, determining there was no coverage for the claims alleged in the Complaint under Telford's insurance policy.  See Declaration of Plaintiffs' Counsel in Support of Plaintiffs' Motion for Summary Judgment, Exh. F.

**STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** - 2

5.  Telford filed suit in this matter on December 31, 2021, seeking a declaratory judgment from this Court that there is coverage under the subject policy associated with the claims asserted in the Pasco Farming Complaint, along with claims of breach of contract and the tort of bad faith.

DATED this 4th day of August, 2022.

ANDERSON, JULIAN & HULL LLP

By _____
Robert A. Anderson, Of the Firm
Robby J. Perucca, Of the Firm
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of August, 2022, I filed the foregoing **STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| David P. Claiborne<br>SAWTOOTH LAW OFFICES, PLLC<br>1101 W River St, Ste 110<br>Boise, ID 83702<br>T:   (208) 629-7447<br>F:   (208) 629-7559<br>E:   david@sawtoothlaw.com<br>      brian@sawtoothlaw.com<br>*Attorneys for Plaintiffs* | ☐ U.S. Mail, postage prepaid<br>☐ Hand-Delivered<br>☐ Overnight Mail<br>☐ Facsimile<br>☐ E-Mail<br>☒ CM/ECF System |

/s/ Robby J. Perucca
Robby J. Perucca

**STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** - 3