Robert A. Anderson, ISB No. 2124
Robby J. Perucca, ISB No. 7001
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:     (208) 344-5800
Facsimile:     (208) 344-5510
E-Mail:        randerson@ajhlaw.com
               rperucca@ajhlaw.com
iCourt/e-File:  service@ajhlaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **MICHAEL TELFORD**, an individual; **TELFORD SUN VALLEY SEED**, assumed business name of Michael Telford and Shannon Telford; **TRIPLE T FARM**, assumed business name of Aaron Telford and Ryan Telford; **TRIPLE T FARMS PARTNERSHIP; TELFORD LANDS LLC; TELFORD AG LLC; MIKE TELFORD VENTURES LLP**,<br><br>Plaintiffs,<br><br>vs.<br><br>**WEST AMERICAN INSURANCE COMPANY**, an Indiana corporation; **LIBERTY MUTUAL GROUP, INC.**, a Massachusetts corporation,<br><br>Defendants. | Case No.  4:22-cv-00043-BLW<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE - 1

COME NOW the above-entitled parties, by and through their respective counsel, and stipulate that the above-entitled action, having been settled, shall be dismissed without prejudice and without costs or fees to any party.

DATED this 26th day of October, 2022.

SAWTOOTH LAW OFFICES, PLLC

By  /s/ David P. Claiborne
    David P. Claiborne, Of the Firm
    Attorneys for Plaintiffs

DATED this 26th day of October, 2022.

ANDERSON, JULIAN & HULL LLP

By  /s/ Robby J. Perucca
    Robert A. Anderson, Of the Firm
    Robby J. Perucca, Of the Firm
    Attorneys for Defendants