UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL TELFORD, an individual; TELFORD SUN VALLEY SEED, assumed business name of Michael Telford and Shannon Telford; TRIPLE T FARM, assumed business name of Aaron Telford and Ryan Telford; TRIPLE T FARMS PARTNERSHIP; TELFORD LANDS LLC; TELFORD AG LLC; MIKE TELFORD VENTURES LLP,<br><br>        Plaintiffs,<br>v.<br><br>WEST AMERICAN INSURANCE COMPANY, an Indiana corporation; LIBERTY MUTUAL GROUP, INC., a Massachusetts corporation,<br><br>        Defendants. | Case No.  1:22-CV-00043-BLW<br><br>ORDER RE: STIPULATION TO DIMISS WITHOUT PREJUDICE |

Pursuant to the Stipulation for Dismissal Without Prejudice (Dkt 14), signed by Plaintiffs and Defendants, through counsel, all claims and counterclaims are automatically dismissed without prejudice, and both parties are terminated from this action. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) (dismissal under Rule 41(a)(1)(A) is automatic, without court order).

**ORDER - 1**

Because this case is dismissed, Plaintiffs' Motion for Summary Judgment (Dkt. 11) is **DENIED** as moot.

DATED: October 31, 2022

_____
B. Lynn Winmill
U.S. District Court Judge

**ORDER - 2**